UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JASON KIRK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:16-cv-00031 |
| | ) CHIEF JUDGE CRENSHAW |
| CORRECTIONAL CORPORATION OF AMERICA, et al., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is an Unopposed Report and Recommendation from the Magistrate Judge, recommending the case be dismissed as moot. (Doc. No. 177.) The Court previously dismissed Plaintiff's claims for damages, leaving his claim for injunctive relief. (Doc. No. 173.) The Tennessee Department of Correction subsequently transferred Plaintiff to its facility in Clifton, Tennessee, making his request for injunctive relief moot. (Doc. No. 176.) Accordingly, after a de novo review, the Report and Recommendation is **ADOPTED**.

The Complaint is therefore **DISMISSED** as moot. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58. The Court **CERTIFIES** that an appeal in forma pauperis from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3),

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
CHIEF UNITED STATES DISTRICT JUDGE